**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6981**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

KENNETH DANE GRAY,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, District Judge. (CR-98-28, CA-00-586)

---

Submitted:  October 10, 2002        Decided:  October 17, 2002

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kenneth Dane Gray, Appellant Pro Se.  Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Dane Gray seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Gray has not made a substantial showing of the denial of a constitutional right. See United States v. Gray, Nos. CR-98-28; CA-00-586 (W.D. Va. Apr. 12, 2002). Accordingly, we deny Gray's motion for a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2